**BUCHALTER NEMER**
Jay R. Ziegler, Bar No. 54877
jziegler@buchalter.com
Michael B. Fisher, Bar No. 203620
mbfisher@buchalter.com
Joshua Mizrahi, Bar No. 227639
jmizrahi@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone:  (213) 891-0700
Facsimile:   (213) 896-0400

Attorneys for Defendants
ALLSTATE BANCORP, INC., and ROB MORADZADEH

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN CHRISTINE M. CHUAKAY,<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICING, A DIVISION OF ONEWEST, FSB; INDYMAC BANK, F.S.B.; MTDS, INC.; ALLSTATE BANCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; ROBIN MORADZADEH; BENJAMIN P. COFFMAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 10-00051 PJH<br><br>*Assigned to the Hon. Phyllis J. Hamilton*<br><br>[~~PROPOSED~~] ORDER GRANTING THE EXTENSION OF TIME FOR DEFENDANT ALLSTATE BANCORP, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Allstate Bancorp, Inc., may have up to and including March 1, 2010, within which to answer or otherwise respond to Plaintiff's Complaint in this action.

Dated: 2/9/10

THE HON. PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

BN 5335196v1

1

[PROPOSED] ORDER GRANTING THE EXTENSION OF TIME FOR DEFENDANT ALLSTATE BANCORP, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING THE EXTENSION OF TIME FOR DEFENDANT ALLSTATE BANCORP, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or _____ placing a true copy thereof in a sealed envelope as follows:

Sharon L. Lapin, Esq.
Law Offices of Sharon L. Lapin
110 Loch Lomond Drive
San Rafael, CA 94901
Telephone: (415) 258-1651
Email: lapinlaws@juno.com

[x] **BY EMAIL.** On February 5, 2010, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

[x]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on February 5, 2010, at Los Angeles, California.

[x]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 5, 2010, at Los Angeles, California.

| Gillian Samples | /s/ |
|---|---|
|  | (Signature) |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 5335671v1